**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**4/19**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Maggie & Max, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Silva & Co. Jewelers** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-2021811** |

4.    **Debtor's address**

**Principal place of business**

**151 N. Dartmouth Mall, Unit #1386**
**North Dartmouth, MA 02747**
Number, Street, City, State & ZIP Code

**Bristol**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5.    **Debtor's website** (URL)

6.    **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Maggie & Max, LLC**

Name

Case number *(if known)* _____

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor   **Maggie & Max, LLC** _____   Case number (*if known*) _____
Name

---

**11. Why is the case filed in *this district?***   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

         Contact name _____

         Phone _____

---

## ■ Statistical and administrative information

**13. Debtor's estimation of available funds**   .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Maggie & Max, LLC**                                                    Case number (*if known*) _____
_____
Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 22, 2019**
_____
MM / DD / YYYY

**X** **/s/ Edward Silva**                                    **Edward Silva**
_____    _____
Signature of authorized representative of debtor            Printed name

Title    **Manager**
_____

**18. Signature of attorney**

**X** **/s/ David B. Madoff**                            Date    **April 22, 2019**
_____            _____
Signature of attorney for debtor                            MM / DD / YYYY

**David B. Madoff 552968**
_____
Printed name

**Madoff & Khoury LLP**
_____
Firm name

**124 Washington Street, Suite 202**
**Foxborough, MA 02035**
_____
Number, Street, City, State & ZIP Code

Contact phone    **508-543-0040**            Email address    **alston@mandkllp.com**
_____            _____

**552968 MA**
_____
Bar number and State

Debtor   **Maggie & Max, LLC**
_____   Case number (if known) _____
Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   4-22-19
              MM / DD / YYYY

X _____   **Edward Silva**
Signature of authorized representative of debtor   Printed name

Title   **Manager**

**18. Signature of attorney**

X _____   Date   4/22/19
Signature of attorney for debtor              MM / DD / YYYY

**David B. Madoff 552968**
Printed name

**Madoff & Khoury LLP**
Firm name

**124 Washington Street, Suite 202**
**Foxborough, MA 02035**
Number, Street, City, State & ZIP Code

Contact phone   **508-543-0040**   Email address   **alston@mandkllp.com**

**552968 MA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **Maggie & Max, LLC**

United States Bankruptcy Court for the: **DISTRICT OF MASSACHUSETTS**

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___4-22-19___        X _____
                                  Signature of individual signing on behalf of debtor

                                  **Edward Silva**
                                  Printed name

                                  **Manager**
                                  Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

# OFFICIAL FORM 7

## United States Bankruptcy Court
### District of Massachusetts

In re  __Maggie & Max, LLC__

Debtor(s)

Case No. _____

Chapter  __7__  _____

## DECLARATION RE: ELECTRONIC FILING

### PART I- DECLARATION OF PETITIONER

I [We] ____Edward Silva____, *hereby declare(s) under penalty of perjury* that all of the information contained in my __Petition, Schedules, Statements and Lists__ (singly or jointly the "Document"), filed electronically, is true and correct. I understand that this *DECLARATION* is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this *DECLARATION* may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated:

4\22\19

Signed: _____

Edward Silva
(Affiant)

### PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)

I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this *DECLARATION*, and I have followed all other electronic filing requirements currently established by local rule and standing order. This *DECLARATION* is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated:  4/22/19

Signed: _____

David B. Madoff 552968
Attorney for Affiant

## CONSENT OF SOLE MANAGER AND MEMBER

The undersigned, the sole manager and member of Maggie & Max, LLC, a

Massachusetts Limited Liability Company (the "Company"), by unanimous vote pursuant to the

Company's bylaws and the Corporation Law of the Commonwealth of Massachusetts, do hereby

approve, consent to and take the following actions:

VOTED:   That the Company seek relief under Chapter 7 of the Bankruptcy Code,
and that the Manager of the Company (the "Authorized Officer"), is
hereby authorized (i) to prepare and file on behalf of the Company a
petition for relief under Chapter 7 of the Bankruptcy Code, (ii) to execute
on behalf of the Company such petition, schedules and statements as the
Authorized Officer may deem necessary or appropriate in connection
therewith, (iii) to take such steps on behalf of the Company as may be
necessary or appropriate to the Company's bankruptcy case and (iv) to
execute such further documents and do such further acts as the Authorized
Officer may deem necessary or appropriate with respect to the foregoing,
including the delegation of such foregoing authority to other officers and
employees of the Company; the execution of any document or the doing of
any act by the Authorized Officer in connection with such proceedings to
be conclusively presumed to be authorized by this vote;

FURTHER
VOTED:   That the law firm of Madoff & Khoury LLP be retained as counsel to
represent the Company in all proceedings commenced under or resulting
from these votes;

FURTHER
VOTED:   That this written consent be filed in the minute book of the Company.

Dated: April 22, 2019

Edward Silva

**Fill in this information to identify the case:**

Debtor name    **Maggie & Max, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 22, 2019**          X **/s/ Edward Silva**
                                          Signature of individual signing on behalf of debtor

                                          **Edward Silva**
                                          Printed name

                                          **Manager**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name        **Maggie & Max, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*.................................................................................   $ _____0.00

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*.............................................................................   $ _____219,467.25

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*...............................................................................   $ _____219,467.25

| Part 2: | Summary of Liabilities |
|---|---|

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $ _____66,855.59

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $ _____138,536.46

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$ _____1,836,312.54

4.    **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b                                                         $ _____2,041,704.59

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        **Maggie & Max, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**        **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.      **Cash on hand** | **$150.00** |

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   **Santander Bank** | **Business Checking Account** | 0468 | **$0.00** |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**                                                         **$150.00**
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**        **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☑ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:**        **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ☑ Yes Fill in the information below.

11.      **Accounts receivable**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Maggie & Max, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | 11a. 90 days old or less: | 7,336.25 | - | 0.00 | = .... | $7,336.25 |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | $7,336.25 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

### Part 4:    Investments

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** Miscellaneous Jewelry | April 2018 | $211,481.00 | Cost | $211,481.00 |
| 22. **Other inventory or supplies** | | | | |

| 23. | **Total of Part 5.** | $211,481.00 |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

### Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

### Part 7:    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Debtor   **Maggie & Max, LLC**                                           Case number *(If known)* _____
_____
Name

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**2 Desks, Chairs** | **$500.00** | **Estimate** | **$500.00** |
| 40. **Office fixtures**<br>**Approximately 20 jewelry display cases, plus some in storage** | **Unknown** | | **Unknown** |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**3 computers** | **Unknown** | | **Unknown** |
| **Two safes (one is 6x4, the other is 3x3)** | **Unknown** | | **Unknown** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.                                    | **$500.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                 Best Case Bankruptcy

| Debtor | **Maggie & Max, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | |
| 61. | **Internet domain names and websites** **www.silvaandcojewelers.com** | **$0.00** | | **$0.00** |
| 62. | **Licenses, franchises, and royalties** | | |
| 63. | **Customer lists, mailing lists, or other compilations** **Customer List** | **$0.00** | | **$0.00** |
| 64. | **Other intangibles, or intellectual property** | | |
| 65. | **Goodwill** | | |

66.    **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | **$0.00** |
|---|---|

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71. | **Notes receivable** Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** **Potential claim v. Dartmouth Mall for negligence in connection with robbery** | **Unknown** |
| | Nature of claim | |
| | Amount requested | **$0.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **Maggie & Max, LLC**                                    Case number *(If known)* _____
        Name

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                    | $0.00 |
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Debtor | **Maggie & Max, LLC** | Case number *(If known)* | |
| --- | --- | --- | --- |
| | Name | | |

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $150.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $7,336.25 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $211,481.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $219,467.25 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $219,467.25 |

TOTAL COST BREAK DOWN

| | |
|---|---|
| SWAROVKI | $2,859.50 |
| CHAMILIA | $2,370.50 |
| PEARLS | $11,927.66 |
| LUCA & DANNI | $4,497.50 |
| SILVER/YAGI | $4,983.94 |
| FREDRIC DUCLOUS | $4,442.50 |
| SOLITARES | $55,852.00 |
| PORT. GOLD | $3,122.60 |
| PRECIOUS | $24,450.33 |
| DIA. FASHION | $18,443.66 |
| GOLD | $10,114.40 |
| BERING WATCH | $3,288.50 |
| MISC JEWELRY & WATCHES | $861.50 |
| SARA YO | $1,559.00 |
| VICTORIA KNOX-SWISS ARMY | $3,187.50 |
| SHINOLA | $687.50 |
| MICHAEL KORS | $137.50 |
| MOVADO | $995.00 |
| COACH | $485.00 |
| TISSOT | $3,665.00 |
| RAYMOND WEIL | $2,397.50 |
| KRONABY | $3,125.00 |
| KINGSLEY | $2,375.00 |
| CHARLES GARNIER | $522.50 |
| JOHN MEDEIROS | $1,095.00 |
| AL-JAY/CAPE COD | $4,561.50 |
| CHAINS | $2,797.00 |
| BENCHMARK-DIA. BANDS | $17,787.00 |
| DORA SAMPLES | $3,750.00 |
| DIAMOND ETERNITY BAND SAMPLES | $800.00 |
| BENCHMARK SAMPLES | $7,100.00 |
| LOOSE DIAMONDS | $7,239.98 |

TOTAL COST OF ALL ASSETS                    $211,481.57

LAYAWAY ITEMS WITH BALANCES

CUSTOMERS HAVE MERCHANDISE AND STILL OWE US

**ADRIAN DEJESUS**

(774) 534-0557

1585 BRALEY ROAD

NEW BEDFORD, MA, 02745

AMOUNT OWED $450.00

**COLLIN BARBOZA**

(774) 301-5052

303 HARTWELL STREET

FALL RIVER, MA, 02721

AMOUNT OWED $242.50

**ROBIN CAMARA**

(774) 930-5221

391 FREE LOVE

FALL RIVER, MA, 02720

AMOUNT OWED $800.00

**DAN DESOUSA**

(774) 627-8679

AMOUT OWED $5,843.75

**Fill in this information to identify the case:**

Debtor name    **Maggie & Max, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|

| 2.1 | **Corporation Service Company** Creditor's Name | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|

**PO Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

Describe the lien
**For Notice Purposes**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **OFER Mizrahi** Creditor's Name | Describe debtor's property that is subject to a lien **Lien on parcels of diamonds** | $55,768.95 | $0.00 |
|---|---|---|---|

**29 E. Madison Street**
**Heyworth Bldg.**
**Suite 116**
**Chicago, IL 60602**
Creditor's mailing address

Describe the lien
**Lien**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Official Form 206D                    Schedule D: Creditors Who Have Claims Secured by Property                    page 1 of 2

| Debtor | Maggie & Max, LLC | | Case number (if know) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 | **World Gold & Diamonds Inc.** | | | |

Creditor's Name

**7500 Bellaire Blvd., Ste #900**
**Houston, TX 77036**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**9979**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**          $11,086.64          $0.00
**Lien on jewelry**

**Describe the lien**
**Lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.          $66,855.59

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **Cain & Daniels, Inc.**<br>**4902 Eisenhower Blvd.**<br>**Tampa, FL 33634** | Line _2.3_ | |
| **Robert J. McKay**<br>**PO Box 7031**<br>**Pasadena, TX 77508** | Line _2.3_ | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **Maggie & Max, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS |
| Case number (if known) | |

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Commonwealth of Massachusetts<br>Department of Revenue<br>PO Box 9564<br>Boston, MA 02114** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$101,157.84** | **$101,157.84** |
| | Date or dates debt was incurred<br>**2017-2018** | Basis for the claim:<br>**Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Commonwealth of Massachusetts<br>Department of Unemployment<br>19 Staniford Street, 5th Floor<br>Boston, MA 02114** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$37,378.62** | **$37,378.62** |
| | Date or dates debt was incurred<br>**2017 & 2018** | Basis for the claim:<br>**Unemployment Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com         37174         Best Case Bankruptcy

| Debtor | Maggie & Max, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Rhode Island Division of Taxation** | *Check all that apply.* | | |
| | **One Capital Hill** | ☐ Contingent | | |
| | **Providence, RI 02908** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Taxes** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No

☐ Yes

---

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,652.22** |
|---|---|---|---|
| | **AL-JAY, Inc.** | ☐ Contingent | |
| | **PO Box 590** | ☐ Unliquidated | |
| | **South Yarmouth, MA 02664** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Business Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,817.34** |
|---|---|---|---|
| | **Ancora Designs** | ☐ Contingent | |
| | **550 S. Hill Street** | ☐ Unliquidated | |
| | **Los Angeles, CA 90013** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Business Debt** | |
| | Last 4 digits of account number  **4902** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,438.31** |
|---|---|---|---|
| | **Auresousa** | ☐ Contingent | |
| | **Travessa Conselheiro Veloso da Cruz** | ☐ Unliquidated | |
| | **N 107** | ☐ Disputed | |
| | **Vila Nova da Gaia          4400-097** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Business Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,711.83** |
|---|---|---|---|
| | **Benchmark** | ☐ Contingent | |
| | **PO Drawer 2929** | ☐ Unliquidated | |
| | **Green Bay, WI 54303** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Business Debt** | |
| | Last 4 digits of account number  **7862** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,622.00** |
|---|---|---|---|
| | **Bering Time Inc.** | ☐ Contingent | |
| | **828 W. Hillcrest Blvd, Suite A** | ☐ Unliquidated | |
| | **Inglewood, CA 90301** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Business Debt** | |
| | Last 4 digits of account number  **1336** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Maggie & Max, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$138,075.54** |
|---|---|---|---|

**Brilliant Spark Diamonds**
**580 Fifth Avenue, Suite LL-029**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,098.00** |
|---|---|---|---|

**Clear Channel**
**89 Maple Street**
**Stoneham, MA 02180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **4271**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$128,000.00** |
|---|---|---|---|

**Cox Media - East**
**PO Box 105353**
**Atlanta, GA 30348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,756.82** |
|---|---|---|---|

**Dia-co Jewelry, Inc.**
**550 S. HIll Street, #1055**
**Los Angeles, CA 90013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Dora International**
**24 Nwk Pompton Turnpike**
**Little Falls, NJ 07424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **1825**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$395.83** |
|---|---|---|---|

**Eversource**
**PO Box 56007**
**Boston, MA 02205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **0147**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**Firestar Fine Jewelry**
**592 Fifth Avenue, 3rd Floor**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **0011**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Maggie & Max, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.13** | **Nonpriority creditor's name and mailing address**

**First Class & Co**
**63 Flushing Avenue, Bldg 27**
**Brooklyn, NY 11205**

Date(s) debt was incurred _

Last 4 digits of account number  **SILVAC**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Bsuiness Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$7,958.32**

---

**3.14** | **Nonpriority creditor's name and mailing address**

**FPC Diamonds, LLC**
**10 Farrier Way**
**Plainville, MA 02762**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$174,432.00**

---

**3.15** | **Nonpriority creditor's name and mailing address**

**Galatea Jewelry Co.**
**247 W. Bonita Avenue**
**San Dimas, CA 91773**

Date(s) debt was incurred _

Last 4 digits of account number  **1942**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$5,105.00**

---

**3.16** | **Nonpriority creditor's name and mailing address**

**Hakman**
**98 Cuttermill Road**
**Great Neck, NY 11021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$76,992.90**

---

**3.17** | **Nonpriority creditor's name and mailing address**

**Hibu**
**PO Box 3162**
**Cedar Rapids, IA 52406**

Date(s) debt was incurred _

Last 4 digits of account number  **2376**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$411.56**

---

**3.18** | **Nonpriority creditor's name and mailing address**

**Imperial Deltah, Inc.**
**795 Waterman Avenue**
**East Providence, RI 02914**

Date(s) debt was incurred _

Last 4 digits of account number  **9075**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,000.00**

---

**3.19** | **Nonpriority creditor's name and mailing address**

**itriaventures d/b/a Biz2 Credit**
**1000 N. West Street, #1200**
**Wilmington, DE 19801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$40,000.00**

---

| Debtor | **Maggie & Max, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,017.25** |
|---|---|---|---|

**Joia**
**1030 West Higgins Road, Suite 102**
**Park Ridge, IL 60068**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47,724.00** |
|---|---|---|---|

**Karleen-KC Jewelry**
**550 S. Hill Street, Suite 640**
**Los Angeles, CA 90013**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  4376**

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$86,567.85** |
|---|---|---|---|

**Kaypar Collectables**
**17 Meron Drive, Unit 201**
**Monroe, NY 10950**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$68.75** |
|---|---|---|---|

**Keter Environmental Services**
**PO Box 417468**
**Fall River, MA 02720**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  1189**

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Kingsley LLC**
**850 Narragansett Parkway**
**Warwick, RI 02888**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Luca & Danni, Inc.**
**838 Dyer Avenue**
**Cranston, RI 02920**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,883.00** |
|---|---|---|---|

**Mars Jewelry**
**631 South Olive Street, Suite 302**
**Los Angeles, CA 90014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Maggie & Max, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,665.90**

Odelia
62 West 47th Street, Suite 601
New York, NY 10036

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  1210**

**Basis for the claim:  Business Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$376,034.43**

Old AJ, Inc.
c/o Michael J. Agusta, Esq.
1012 Maple Drive
Franklin Square, NY 11010

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Business Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,477.00**

Oro Alexander
16055 Ventura Blvd., Suite 425
Encino, CA 91436

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  3467**

**Basis for the claim:  Business Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$79.00**

Paris 1901
18325 Waterview Parkway
Dallas, TX 75252

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  1521**

**Basis for the claim:  Business Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$68.31**

Podium Corporation, Inc.
1650 W. Digital Drive
Lehi, UT 84043

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  1708**

**Basis for the claim:  Business Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$650.00**

Portugese Channel Semba Studio
PO Box 61288
New Bedford, MA 02746

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Business Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$119,902.57**

PR North Dartmouth LLC
c/o Robert Feingold, Esq.
700 Pleasant Street, Suite 520
New Bedford, MA 02742

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Lease/Rent**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Maggie & Max, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$84,255.82**
---|---|---|---

**Preit Services, LLC**
**PO Box 951316**
**Cleveland, OH 44193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00**

**R&L Distributors**
**603 Revere Beach Parkway**
**Revere, MA 02151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,209.00**

**Raymond Weil-RW USA Corp.**
**485 Madison Avenue, Suite 400**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **2215**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,735.00**

**RDI Diamonds**
**2300 West Ridge Road, 4th Floor**
**Fall River, MA 02720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **7545**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41.10**

**Rembrandts Charms**
**370 S. Youngs Road**
**Buffalo, NY 14221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **6000**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$65,736.20**

**ROMAN + JULES by First Image Design**
**98 Cuttermill Road #231**
**Great Neck, NY 11021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41.10**

**RQC, Ltd.**
**370 S. Youngs Road**
**Buffalo, NY 14221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **2600**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Maggie & Max, LLC**

Name

Case number (if known)

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,328.16 |
|---|---|---|---|

**Sanghavi Solitaire, Inc.**
**22 West 48th Street, Suite 200**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **S706**

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**SH & A**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,790.85 |
|---|---|---|---|

**Soham Diamonds**
**51 West 46th Street**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,532.34 |
|---|---|---|---|

**Sprint**
**PO Box 629023**
**El Dorado Hills, CA 95762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5497**

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**St. Michael's Credit Union**
**775 Davol Street**
**Fall River, MA 02720**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stanley Webb**
**1 Stonewall Court**
**Westport, MA 02790**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,456.12 |
|---|---|---|---|

**Stuller**
**PO Box 87777**
**Lafayette, LA 70598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3009**

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | Maggie & Max, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,870.88** |
|---|---|---|---|

**Suncor Ventures, Inc.**
**18801 N. Thompson Peak Pkwy**
**Suite 235**
**Scottsdale, AZ 85255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business Debt**

Last 4 digits of account number **0063**

Is the claim subject to offset? ■ No ☐ Yes

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Synchrony Bank**
**PO Box 365033**
**Orlando, FL 32896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,842.20** |
|---|---|---|---|

**Tasha R**
**7500 Bellaire Blvd, Suite 900**
**Houston, TX 77036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,188.75** |
|---|---|---|---|

**The Swatch Group, Inc.**
**1200 Lincoln Harbor Road, #7**
**Weehawken, NJ 07086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,188.75** |
|---|---|---|---|

**Tissot**
**1200 Harbor Blvd.**
**Union City, NJ 07087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business Debt**

Last 4 digits of account number **7317**

Is the claim subject to offset? ■ No ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$227.63** |
|---|---|---|---|

**Verizon**
**P.O. Box 1**
**Worcester, MA 01654-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business Debt**

Last 4 digits of account number **0063**

Is the claim subject to offset? ■ No ☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,714.58** |
|---|---|---|---|

**Victorinox Swiss Army, Inc.**
**PO Box 845362**
**Boston, MA 02284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business Debt**

Last 4 digits of account number **8427**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Maggie & Max, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $117,225.33 |
|---|---|---|---|

**Wells Fargo Bank, N.A.**
**c/o Orlans PC**
**465 Waverly Oaks Rd., Suite 401**
**Waltham, MA 02452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $760.00 |
|---|---|---|---|

**WJFD-FM**
**651 Orchard Street, Ste 300**
**New Bedford, MA 02744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,553.00 |
|---|---|---|---|

**Zeghani**
**528 State Street, Suite A**
**Glendale, CA 91203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Alison W. MacLaren**<br>**Squire Patton Boggs LLP**<br>**One Riverfront Plaza**<br>**1037 Raymond Blvd, Suite 500**<br>**Newark, NJ 07102** | Line **3.51**<br><br>☐ Not listed. Explain _____ | _ |
| 4.2 | **Altus GTS, Inc.**<br>**2400 Veterans Memorial Blvd., Ste 300**<br>**Kenner, LA 70062** | Line **3.54**<br><br>☐ Not listed. Explain _____ | _ |
| 4.3 | **Jeffrey Kurtzman, Esq.**<br>**Kurtzman Steady, LLC**<br>**401 S. 2nd Street, Suite 200**<br>**Philadelphia, PA 19147** | Line **3.33**<br><br>☐ Not listed. Explain _____ | _ |
| 4.4 | **John Postl, P.C.**<br>**84 State Street, 11th Floor**<br>**Boston, MA 02109** | Line **3.57**<br><br>☐ Not listed. Explain _____ | _ |
| 4.5 | **Nico Tabibi, APC**<br>**9454 Wilshire Blvd., Penthouse**<br>**Beverly Hills, CA 90212** | Line **3.21**<br><br>☐ Not listed. Explain _____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

| Debtor | **Maggie & Max, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **138,536.46** |
| **5b. Total claims from Part 2** | 5b.  + | $ | **1,836,312.54** |
| | | | |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **1,974,849.00** |

**Fill in this information to identify the case:**

Debtor name      **Maggie & Max, LLC**

United States Bankruptcy Court for the:      DISTRICT OF MASSACHUSETTS

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal            Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest     **Lease with mall** | |
|            State the term remaining | |
|            List the contract number of any government contract  _____ | **PR North Dartmouth LLC**<br>**200 South Broad Street, 2rd Floor**<br>**Philadelphia, PA 19102** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        **Maggie & Max, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Edward and Jennifer Silva** | **5296 N. Main Street Fall River, MA 02720** | **Tax Debt** | ☐ D _____ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **Maggie & Max, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date:<br>From  **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$219,781.46** |
   | For prior year:<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$2,466,664.00** |
   | For year before that:<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$1,822,235.00** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|
   | | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Maggie & Max, LLC**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   **See 90-list including vendors whose goods were returned** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Edward Silva** | **Weekly** | **$1,500.00** | **Payroll** |
| 4.2.   **Jennifer Silva** | **Weekly** | **$350.00** | **Payroll** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **PR North Dartmouth LLC v. Silva & Company** | **Eviction** | **Bristol Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.   **The Swatch Group, Inc. v. Webb & Webb d/b/a Silva & Co Jewelers** | **Collection** | **Superior Court of New Jersey<br>Law Divison: Hudson County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor   **Maggie & Max, LLC** _____   Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.3. **Wells Fargo Bank,N.A. v. Edward Silva, Jennifer Silva and Maggie & Max, LLC 1973CV0008** | **Collection** | **Bristol Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.   Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9.   **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Break-In (theft of jewelry)** | **Insurance company denied payment** | **9/6/2018** | **$244,000.00** |

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Madoff & Khoury LLP 124 Washington Street, Suite 202 Foxborough, MA 02035** | **Attorney Fees** | **4/15/2019** | **$4,000.00** |
| Email or website address<br>**alston@mandkllp.com** | | | |
| Who made the payment, if not debtor?<br>**Debtor and Ed Silva** | | | |

Debtor    **Maggie & Max, LLC**                                    Case number *(if known)* _____

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. **United States Bankruptcy Court** | | 4/15/2019 | $335.00 |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

Debtor    **Maggie & Max, LLC**                                         Case number *(if known)* _____

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Bank Five** | **XXXX-5798** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Cross Roads Storage**<br>**North Dartmouth, MA** | **Edward Silva** | **Showcases, window displays, Christmas decorations** | ☐ No<br>☑ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Debtor has various items in for repair** | **In store** | **misecallenous customer jewelry** | **$0.00** |

| Debtor | Maggie & Max, LLC | Case number *(if known)* _____ |
|---|---|---|

---

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN.  Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **Dennis Vieira** **7 Suzanne Drive** **Assonet, MA 02702** | **Since 2016** |
| 26a.2. | **Jennifer Silva** **5296 N. Main Street** **Fall River, MA 02720** | **Since 2016** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement

| Debtor | **Maggie & Max, LLC** | Case number *(if known)* |
|---|---|---|

within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Dennis Vieira** | |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.   **Jennifer Silva** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Dennis Vieira** | |
| 26c.2.   **Jennifer Silva** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Biz 2 Credit** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1.   **Edward Silva** | **Twice Daily** | |
| **Name and address of the person who has possession of inventory records** | | |
| **Dennis Vieira** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Edward Silva** | **5296 N. Main Street Fall River, MA 02720** | **Manager** | **100%** |

| Debtor | **Maggie & Max, LLC** | | Case number *(if known)* | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

- ☐ No
- ☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Stanley Webb | 1 Stonewall Court Westport, MA 02790 | President | 2016 - June 28, 2017 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Jaclyn Webb | 1 Stonewall Court Westport, MA 02790 | Vice President | 2016 - June 28, 2017 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | **Payroll only** | | | |
| | **Relationship to debtor** | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

- ☒ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

- ☒ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Maggie & Max, LLC**                                                    Case number *(if known)*

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **April 22, 2019**

| /s/ **Edward Silva** | **Edward Silva** |
|---|---|
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor     **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

---

# United States Bankruptcy Court
## District of Massachusetts

In re  **Maggie & Max, LLC**

Debtor(s)

Case No.

Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **April 22, 2019**

**/s/ Edward Silva**

**Edward Silva**/**Manager**
Signer/Title

AL-JAY, Inc.
PO Box 590
South Yarmouth, MA 02664

Alison W. MacLaren
Squire Patton Boggs LLP
One Riverfront Plaza
1037 Raymond Blvd, Suite 500
Newark, NJ 07102

Altus GTS, Inc.
2400 Veterans Memorial Blvd., Ste 300
Kenner, LA 70062

Ancora Designs
550 S. Hill Street
Los Angeles, CA 90013

Auresousa
Travessa Conselheiro Veloso da Cruz
N 107
Vila Nova da Gaia          4400-097

Benchmark
PO Drawer 2929
Green Bay, WI 54303

Bering Time Inc.
828 W. Hillcrest Blvd, Suite A
Inglewood, CA 90301

Brilliant Spark Diamonds
580 Fifth Avenue, Suite LL-029
New York, NY 10036

Cain & Daniels, Inc.
4902 Eisenhower Blvd.
Tampa, FL 33634

Clear Channel
89 Maple Street
Stoneham, MA 02180

Commonwealth of Massachusetts
Department of Revenue
PO Box 9564
Boston, MA 02114

Commonwealth of Massachusetts
Department of Unemployment
19 Staniford Street, 5th Floor
Boston, MA 02114

Corporation Service Company
PO Box 2576
Springfield, IL 62708

Cox Media - East
PO Box 105353
Atlanta, GA 30348

Dia-co Jewelry, Inc.
550 S. HIll Street, #1055
Los Angeles, CA 90013

Dora International
24 Nwk Pompton Turnpike
Little Falls, NJ 07424

Edward and Jennifer Silva
5296 N. Main Street
Fall River, MA 02720

Eversource
PO Box 56007
Boston, MA 02205

Firestar Fine Jewelry
592 Fifth Avenue, 3rd Floor
New York, NY 10036

First Class & Co
63 Flushing Avenue, Bldg 27
Brooklyn, NY 11205

FPC Diamonds, LLC
10 Farrier Way
Plainville, MA 02762

Galatea Jewelry Co.
247 W. Bonita Avenue
San Dimas, CA 91773

Hakman
98 Cuttermill Road
Great Neck, NY 11021

Hibu
PO Box 3162
Cedar Rapids, IA 52406

Imperial Deltah, Inc.
795 Waterman Avenue
East Providence, RI 02914

itriaventures d/b/a Biz2 Credit
1000 N. West Street, #1200
Wilmington, DE 19801

Jeffrey Kurtzman, Esq.
Kurtzman Steady, LLC
401 S. 2nd Street, Suite 200
Philadelphia, PA 19147

John Postl, P.C.
84 State Street, 11th Floor
Boston, MA 02109

Joia
1030 West Higgins Road, Suite 102
Park Ridge, IL 60068

Karleen-KC Jewelry
550 S. Hill Street, Suite 640
Los Angeles, CA 90013

Kaypar Collectables
17 Meron Drive, Unit 201
Monroe, NY 10950

Keter Environmental Services
PO Box 417468
Fall River, MA 02720

Kingsley LLC
850 Narragansett Parkway
Warwick, RI 02888

Luca & Danni, Inc.
838 Dyer Avenue
Cranston, RI 02920

Mars Jewelry
631 South Olive Street, Suite 302
Los Angeles, CA 90014

Nico Tabibi, APC
9454 Wilshire Blvd., Penthouse
Beverly Hills, CA 90212

Odelia
62 West 47th Street, Suite 601
New York, NY 10036

OFER Mizrahi
29 E. Madison Street Heyworth Bldg.
Suite 116
Chicago, IL 60602

Old AJ, Inc.
c/o Michael J. Agusta, Esq.
1012 Maple Drive
Franklin Square, NY 11010

Oro Alexander
16055 Ventura Blvd., Suite 425
Encino, CA 91436

Paris 1901
18325 Waterview Parkway
Dallas, TX 75252

Podium Corporation, Inc.
1650 W. Digital Drive
Lehi, UT 84043

Portugese Channel Semba Studio
PO Box 61288
New Bedford, MA 02746

PR North Dartmouth LLC
c/o Robert Feingold, Esq.
700 Pleasant Street, Suite 520
New Bedford, MA 02742

PR North Dartmouth LLC
200 South Broad Street, 2rd Floor
Philadelphia, PA 19102

Preit Services, LLC
PO Box 951316
Cleveland, OH 44193

R&L Distributors
603 Revere Beach Parkway
Revere, MA 02151

Raymond Weil-RW USA Corp.
485 Madison Avenue, Suite 400
New York, NY 10022

RDI Diamonds
2300 West Ridge Road, 4th Floor
Fall River, MA 02720

Rembrandts Charms
370 S. Youngs Road
Buffalo, NY 14221

Rhode Island Division of Taxation
One Capital Hill
Providence, RI 02908

Robert J. McKay
PO Box 7031
Pasadena, TX 77508

ROMAN + JULES by First Image Design
98 Cuttermill Road #231
Great Neck, NY 11021

RQC, Ltd.
370 S. Youngs Road
Buffalo, NY 14221

Sanghavi Solitaire, Inc.
22 West 48th Street, Suite 200
New York, NY 10036

SH & A

Soham Diamonds
51 West 46th Street
New York, NY 10036

Sprint
PO Box 629023
El Dorado Hills, CA 95762

St. Michael's Credit Union
775 Davol Street
Fall River, MA 02720

Stanley Webb
1 Stonewall Court
Westport, MA 02790

Stuller
PO Box 87777
Lafayette, LA 70598

Suncor Ventures, Inc.
18801 N. Thompson Peak Pkwy
Suite 235
Scottsdale, AZ 85255

Synchrony Bank
PO Box 365033
Orlando, FL 32896

Tasha R
7500 Bellaire Blvd, Suite 900
Houston, TX 77036

The Swatch Group, Inc.
1200 Lincoln Harbor Road, #7
Weehawken, NJ 07086

Tissot
1200 Harbor Blvd.
Union City, NJ 07087

Verizon
P.O. Box 1
Worcester, MA 01654-0001

Victorinox Swiss Army, Inc.
PO Box 845362
Boston, MA 02284

Wells Fargo Bank, N.A.
c/o Orlans PC
465 Waverly Oaks Rd., Suite 401
Waltham, MA 02452

WJFD-FM
651 Orchard Street, Ste 300
New Bedford, MA 02744

World Gold & Diamonds Inc.
7500 Bellaire Blvd., Ste #900
Houston, TX 77036

Zeghani
528 State Street, Suite A
Glendale, CA 91203

# United States Bankruptcy Court
## District of Massachusetts

In re   **Maggie & Max, LLC**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Maggie & Max, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Edward Silva**

☐ None [*Check if applicable*]

**April 22, 2019**

Date

/s/ David B. Madoff

**David B. Madoff 552968**

Signature of Attorney or Litigant

Counsel for   **Maggie & Max, LLC**

**Madoff & Khoury LLP**

**124 Washington Street, Suite 202**
**Foxborough, MA 02035**
**508-543-0040 Fax:508-543-0020**
**alston@mandkllp.com**